UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DUHON ZENO                                              CIVIL ACTION

VERSUS                                                  NO.  08-3915

NOBLE DRILLING CORP., ET AL.                            SECTION  "N"  (1)


<u>ORDER GRANTING MOTION AS UNOPPOSED</u>

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the following motion set for hearing on September 10, 2008 was timely submitted:

> Motion for Summary Judgment of Dismissal by Defendant Offshore
> Energy Services, Inc. (Rec. Doc. 23).

Accordingly, the motion is deemed to be unopposed and is therefore **GRANTED** and the plaintiff's case against this Defendant in its entirety is **DISMISSED WITH PREJUDICE**.

A motion for reconsideration of this order, if any, must be filed within ten days.  The motion must be accompanied by an opposition memorandum to the original motions.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local

1

Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 28th day of July 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**